NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEST CHELSEA BUILDINGS LLC, 22-23 CORP., 26-10 CORP., TENTH AVENUE REALTY ASSOCIATES LP, AND SOMATIC REALTY, LLC,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5066

---

Appeal from the United States Court of Federal Claims in Nos. 11-CV-333, 11-CV-374 and 11-CV-0713, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

MARK F. HEARNE, II, Arent Fox, LLP, of Clayton, Missouri, argued for plaintiffs-appellants. With him on the brief were MEGHAN S. LARGENT and LINDSAY S.C. BRINTON, of Clayton, Missouri; and DEBRA J. ALBIN-RILEY, of Los Angeles, California.

VIVIAN H.W. WANG, Attorney, Appellate Section, Environment and Natural Resources Division, United States

Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was ROBERT G. DREHER, Acting Assistant Attorney General.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 12, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |